# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70150640000136512821

**Expected Delivery on**

## THURSDAY
**7** DECEMBER 2017 ⓘ

by **8:00pm** ⓘ

## ✓ Delivered

December 7, 2017 at 10:17 am
DELIVERED, FRONT DESK/RECEPTION
MADISON, WI 53703

**Get Updates** ∨

---

**Text & Email Updates**

---

**Tracking History**

**December 7, 2017, 10:17 am**
Delivered, Front Desk/Reception
MADISON, WI 53703
Your item was delivered to the front desk or reception area at 10:17 am on December 7, 2017 in MADISON, WI 53703.

---

**December 7, 2017, 9:06 am**
In Transit to Destination
On its way to MADISON, WI 53703

**December 7, 2017, 8:28 am**
Arrived at Unit
MADISON, WI 53703

**December 6, 2017, 9:48 am**
In Transit to Destination
On its way to MADISON, WI 53703

**December 6, 2017, 9:06 am**
Departed USPS Regional Facility
MADISON WI DISTRIBUTION CENTER

**December 5, 2017, 8:48 pm**
Arrived at USPS Regional Facility
MADISON WI DISTRIBUTION CENTER

**December 5, 2017, 9:42 am**
In Transit to Destination
On its way to MADISON, WI 53703

**December 4, 2017, 10:42 pm**
Departed USPS Regional Facility
MILWAUKEE WI PROCESSING CENTER

**December 4, 2017, 10:42 pm**
Arrived at USPS Regional Facility
MILWAUKEE WI PROCESSING CENTER

**December 4, 2017, 8:32 pm**
Departed Post Office
MILWAUKEE, WI 53203

**December 4, 2017, 6:49 pm**
USPS in possession of item
MILWAUKEE, WI 53203

**Product Information**



See Less ∧

# Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking questions.

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

(https://www.usps.com/)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu/) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Careers (http://about.usps.com/careers/welcome.htm) | Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)   (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)