# Law Office of Arthur Heitzer

633 W. Wisconsin Ave., Suite 1410
Milwaukee, WI 53203
(414) 273-1040

ADDRESS SERVICE
REQUESTED

ACLU of Wisconsin
Attn: Christopher Ott, Executive Director
207 E. Buffalo Street, Suite 325
Milwaukee, WI 53202

March 01, 2018
Invoice #      12217
Date of Last Bill

SUMMARY TERMS:   Services billed at Atty. Brenda Lewison's hourly rate of $350; plus costs.

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/27/2018 | BL | Conference with client (initial consultation) | 1.50 | 300.00 |
|  | BL | Review and revise severance and settlement agreement | 0.50 | 175.00 |
| 3/1/2018 | BL | Review email from client; draft additions to severance and settlement agreement; review proposed letter of reference | 0.90 | 288.00 |
|  |  | For professional services rendered | 2.90 | $763.00 |

Additional Charges :

| 2/26/2018 | STAF | Printing costs |  | 3.20 |
|---|---|---|---|---|
|  |  | Total additional charges |  | $3.20 |
|  |  | Total amount of this bill |  | $766.20 |
|  |  | Balance due |  | $766.20 |